UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

MAC Funding Corporation
                Plaintiff,

v.                                       Case No.: 1:17−cv−06470
                                       Honorable Sharon Johnson Coleman

MNdustries, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 2/15/2018. Plaintiff's motion for amended discovery schedule [65] is granted as to the third party action. MIDP compliance and discovery relating to the Third Party Complaint is stayed until the Court rules on the motion to dismiss [57]. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.