# EXHIBIT "A"

**EXECUTION VERSION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MAC FUNDING CORPORATION,          )
a Delaware corporation,           )
                                  )
            Plaintiff,            )          Case No.: 17-cv-06470
v.                                )
                                  )
MNDUSTRIES, INC., a Georgia       )          Judge Sharon Johnson Coleman
corporation, and MICHAEL E. NANCE,)
II., a Georgia citizen,           )
                                  )
            Defendants.           )

### AGREED CONFESSION OF JUDGMENT

THIS CAUSE COMING to be heard upon the entry of an Order of Final Judgment, and the parties being in agreement, the parties stipulating as follows,

**WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1.      This Court has jurisdiction of the parties and the subject matter hereof.

2.      A stipulated and consent judgment is hereby entered in favor of Plaintiff, MAC FUNDING CORPORATION ("MACF") and against Defendants, MNDUSTRIES, INC., ("MND") and MICHAEL E. NANCE, II ("Nance" and together with MND, the "Defendants"), jointly and severally, in the total amount of $4,000,000.00.

3.      The Defendants may discharge their liabilities pursuant to this judgment by timely complying with their obligations under the Settlement Agreement dated as of June 19, 2019 by and between MACF, MC Machinery Systems, Inc., MN AEROSPACE, INC. ("MNA") and the Defendants (the "Settlement Agreement").

4.      This Court finds that there is no just reason to delay enforcement or appeal of this judgment.

5.      So long as Defendants comply with their respective obligations under this Agreed Order and the Settlement Agreement and Promissory Note referenced therein and MNA complies with its obligations under the Blanket Security Agreement also referenced in the Settlement Agreement, MACF will not pursue attachment, garnishment, levy, seek repossession, or engage in any other activity to enforce the judgment provided for herein.  However, in the event of default with no timely cure as defined under the terms of this Agreed Order, the Promissory Note, and/or the Settlement Agreement by Defendants and/or the Blanket Security Agreement by MNA, MACF shall be free to pursue all available legal remedies to enforce the judgment contained herein and to seek its other rights, claims and remedies under the Settlement Agreement, this Agreed Order, the Promissory Note and/or the Blanket Security Agreement.

6.      This cause is hereby dismissed without prejudice for a period of fifty (50) months from the date of entry of this Order and with leave for Plaintiff to reinstate this cause to enforce the terms of the Settlement Agreement, Promissory Note, this Agreed Order and/or the Blanket Security Agreement.  Upon full payment and full compliance by the Defendants with the provisions of this Agreed Order, this cause shall then be dismissed with prejudice.  This Court shall retain jurisdiction to implement and enforce all of the provisions of this Order.

*[Signature Page to Follow Herewith]*

**EXECUTION VERSION**

Approved:

**MAC FUNDING CORPORATION**

By: _____

Rein F. Krammer
MASUDA, FUNAI, EIFERT
& MITCHELL, LTD.
Attorneys for Plaintiff
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
Phone: (312) 245-7500
Attorney Code No.: 90523

Approved:

**MICHAEL E. NANCE, II,
INDIVIDUALLY**

By: _____

APPROVED:

**MNDUSTRIES, INC.**

By: _____

Its: _____

**ENTERED:**

_____

JUDGE

DATE: _____

41